DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SPIROS C. PAIZES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

No. 2D2025-2996

————————————————

April 17, 2026

Petition for Writ of Certiorari to the Circuit Court for the Thirteenth Judicial Circuit for Hillsborough County; sitting in its appellate capacity.

Spiros C. Paizes, pro se.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Respondent.

PER CURIAM.

Denied.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.